ON RETURN TO REMAND
On remand the Circuit Court for Jefferson County conducted a hearing in accordance with our order. The court found race-neutral and nondiscriminatory reasons for the strikes of black venire persons. We are satisfied that the court's findings are correct and that no violation of the principles ofEx parte Branch, 526 So.2d 609 (Ala. 1987); and Batson v.Kentucky, 476 U.S. 79, 106 S.Ct. 1712, 90 L.Ed.2d 69 (1986), occurred.
The appellant contends that a portion of his statement, in which he questioned the ownership of a sawed-off shotgun, should not have been admitted into evidence. He argues that this was not relevant and was only received to indicate his bad character. Later in the statement, however, he admitted that the shotgun used in the robbery belonged to him, and admitted as well that he was "lookout man" for the others during the commission of the robbery and homicide. Nothing could have been more relevant than his admission that the sawedoff shotgun was his. If evidence is admissible upon any theory, then it is due to be received. Jordan v. State, 380 So.2d 999 (Ala.Cr.App. 1979); C. Gamble, McElroy's Alabama Evidence, § 200.15 (3d ed. 1977).
Accordingly, this conviction is due to be affirmed.
OPINION EXTENDED; AFFIRMED.
All the Judges concur.